In the Matter of WILLIAMSVILLE SOUTHEAST AMHERST HOMEOWNERS ASSOCIATION, INC., et al., Respondents, v JOHN R. SHARPE, as Supervisor of the Town Board of the Town of Am-

herst et al., Appellants.

Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and O'Donnell, JJ.